The People of the State of Illinois ex rel. Philip Pavlic, appellee, v. William E. Dever, mayor, et al., appellants. Gen. No. 30,382.

Petition for mandamus to compel issuance of license. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 16, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Bernard A. Conlon, W. Arnold Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois ex rel. John Fulla, appellee, v. William E. Dever, mayor, et al., appellants. Gen. No. 30,383.

Petition for mandamus to compel issuance of license. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 16, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Michael L. Rosinia, W. Arnold Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Steger & Sons Piano Manufacturing Company, appellant, v. Boulevard State Savings Bank, appellee. Gen. No. 30,392.

Trover for conversion of written instruments. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Brundage, Landon, Holt & Boord, for appellant. Philip R. Fraser and Albert G. Miller, for appellee.

Mr. Justice Gridley delivered the opinion of the court.